```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 26257
   GINA L TAPELLA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1185


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 06/30/05 and confirmed on 08/25/05.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $   24793.00 .

     4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG        .00              .00            .00
WELLS FARGO HOME MTGE      CURRENT MORTG        .00              .00            .00
CHASE AUTOMOTIVE FINANCE   SECURED VEHIC   13989.37          2388.99       13989.37
WESGLEN PARKSIDE CONDO     SECURED           871.73              .00         871.73
FIA CARD SERVICES          UNSECURED        2034.84              .00         203.48
AMOCO OIL CO               UNSECURED       NOT FILED             .00            .00
BRINKS                     UNSECURED       NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        4958.29              .00         495.83
CITIBANK NA                UNSECURED       NOT FILED             .00            .00
DISCOVER BANK              UNSECURED       11854.64              .00        1185.46
DISCOVER BANK              UNSECURED        6180.14              .00         618.01
FIFTH THIRD BANK           UNSECURED         494.34              .00          49.43
FUTURE DIAGNOSTICS GROUP   UNSECURED         581.00              .00          58.10
ECAST SETTLEMENT CORPORA   UNSECURED        1481.74              .00         148.17
ECAST SETTLEMENT CORPORA   UNSECURED       15668.93              .00        1566.89
US DEPARTMENT OF EDUCATI   UNSECURED            .00              .00            .00
              Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED  14861.10        .00      43253.92         .00       58115.02
PRINCIPAL PAID      14861.10        .00       4325.37         .00       19186.47
INTEREST PAID        2388.99        .00            .00        .00        2388.99
TOTAL PAID          17250.09        .00       4325.37         .00       21575.46
The Debtor's attorney, JOHN C RENZI                     , was allowed $    2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $    1189.42 .

Refunds to the Debtor totaled $       28.12 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 26257 GINA L TAPELLA